IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| TAMARA HINCKLEY, | : | |
| Plaintiff, | : | |
| vs. | : | **ORDER** |
| MICHAEL J. ASTRUE,<br>Commissioner Of Social Security, | : | Case No. 2:08-CV-215-SA |
| | : | Chief Magistrate Judge Samuel Alba |
| Defendant. | | |

Upon consideration of Defendant's Unopposed Motion to Remand, and good cause appearing therefor, the Court hereby REVERSES the Commissioner's decision in this matter under sentence four of 42 U.S.C. § 405(g),[1] and REMANDS the cause to the Commissioner for further administrative proceedings.

Upon remand, the Commissioner is hereby directed to assign this case to a different administrative law judge (ALJ). The ALJ will evaluate the opinion of Patrick R. McDermott, M.D., expressed in his January 5, 2005 responses to a Multiple Impairment Questionnaire; re-evaluate Plaintiff's credibility; and obtain supplemental vocational expert testimony and a reasonable explanation for any possible conflict between the vocational expert's testimony and the *Dictionary of Occupational Titles*. The ALJ will also associate the claim file on Plaintiff's

---

[1] The Clerk of the Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58.

subsequent application for disability insurance benefits, currently pending at the administrative hearing level, with the claim file on this case.

Dated this 4th day of November, 2008.

BY THE COURT:

_____
Samuel Alba
United States Chief Magistrate Judge